SANFORD *et al. v.* TANNER *et al.*

SIMMONS, C. J.   Under the facts of this case as disclosed by the record, the court did not abuse its discretion in granting the injunction restraining the issuance and enforcement of the writ of possession until all the questions of law and fact shall have been determined on the final trial.

*Judgment affirmed.   All concurring, except Cobb, J., absent.*

Submitted February 24, — Decided April 13, 1898.

Injunction.   Before Judge Candler.   Greene county.   December 24, 1897.

*Samuel H. Sibley,* for plaintiffs in error.
*Abbott, Cox & Abbott,* contra.

---

GILBERT *v.* GEORGIA RAILROAD AND BANKING COMPANY.

COBB, J.   This case is controlled by the decision of this court this day rendered in the case of *Gilbert* v. *Georgia Railroad & Banking Company,* 104 *Ga.* 412.

*Judgment affirmed.   All the Justices concurring.*

Submitted January 24,—Decided June 7, 1898.

Action for damages.   Before Judge Eve.   City court of Richmond county.   July term, 1897.

*E. B. Baxter* and *E. T. Brown,* for plaintiff.
*Joseph B. & Bryan Cumming,* for defendant.

---

SOUTH CAROLINA AND GEORGIA RAILROAD COMPANY *v.*
AUGUSTA COTTON AND COMPRESS COMPANY.

COBB, J..   This case is controlled by the decision this day rendered in the case of *National Bank of Augusta* v. *Augusta Cotton and Compress Company,* 104 *Ga.* 403.

*Judgment affirmed.   All the Justices concurring.*

Argued January 22, — Decided June 7, 1898.

Interpleader.   Before Judge Callaway.   Richmond superior court.   April term, 1897.

*Joseph B. & Bryan Cumming,* for plaintiff in error.
*Fleming & Alexander,* contra.